FILED

10/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0381

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0381

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JORDAN KYLE KEEFE,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 14, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 12 2022